UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: CV – 06-3564 JRT/FLN

_____

Wanda Stella

            Plaintiff,

vs.

Jeffery Anderson, Pete Kohman, Money Tree Financial, LLC, Foreclosure Solutions, LLC, Cornerstone Building Services, Inc., JD Investments and Wildcat Investments

            Defendants.

**APPLICATION FOR ENTRY OF DEFAULT**

_____

TO:   **THE CLERK OF COURT**

Pursuant to Federal Rules of Civil Procedure, Rule 55(a), Plaintiff Wanda Stella request that you enter default for failure to appear, answer, plead in or otherwise defend this action, as stated in the affidavit annexed, against the following defendants:

Jeffery Anderson

JD Investments

Wildcat Investments.


Respectfully Submitted:

Date: 12/29/2006                                **BARRY & SLADE, LLC**

                                                                s/Nicholas P. Slade
                                                                _____
                                                                Nicholas P. Slade
                                                                Atty. Lic. No.: 270787
                                                                2021 East Hennepin Ave., Ste. 195
                                                               Minneapolis MN 55413
                                                               Tel: 612 379-8800
                                                               Email: nslade@lawpoint.com