UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: CV – 06-3564 JRT/FLN

Wanda Stella

        Plaintiff,

vs.

Jeffery Anderson, Pete Kohman, Money Tree Financial, LLC, Foreclosure Solutions, LLC, Cornerstone Building Services, Inc., JD Investments and Wildcat Investments

        Defendants.

**AFFIDAVIT OF NO ANSWER**

STATE OF MINNESOTA  )
                               ) ss.
COUNTY OF HENNEPIN  )

Nicholas Slade, being first duly sworn and upon oath, state as follows:

1. I am the attorney for the Plaintiff in the above entitled action.

2. The original Summons has been duly filed in the office of the Clerk of Court on the 1st day of September, 2006.

3. The Summons and Complaint in said action was duly served upon Defendant Jeffery Anderson on the 12th day of October, 2006

4. The original Affidavit of Service of the Complaint having been filed with the Court as Docket # 2, and is designated as Exhibit A.

5. The Summons and Complaint in said action was duly served upon Defendant JD Investments on the 12th day of October, 2006

6. The original Affidavit of Service of the Complaint having been filed with the Court as Docket # 7, and is designated as Exhibit B.

7. The Summons and Complaint in said action was duly served upon Defendant Wildcat Investments on the 12th day of October, 2006

8. The original Affidavit of Service of the Complaint having been filed with the Court as Docket # 8, and is designated as Exhibit C.

9. The time allowed by law to answer the complaint, specified in Plaintiff's Summons, was twenty (20) days from the date of service.

10. Defendants' Answers were due by November 1, 2006, which was over **58** ago.

11. The time for Defendant to Answer the Complaint in said action has elapsed.

12. No Answer has been received by or served upon the Plaintiff or Plaintiff's attorneys.

Dated: 12/29/2006

Nicholas Slade, Esq.

Subscribed and sworn to before me
this ___ day of December, 2006.

Notary Public

PETER FRANCIS BARRY
Notary Public-Minnesota
My Commission Expires Jan 31, 2010

2



**METRO LEGAL SERVICES**
Legal Support Specialists Since 1969

Metro Serial Number: BARSL12841139

## PROOF OF SERVICE

SERVED: **Jeffery Anderson**

DATE: __10 / 12 /2006__
(Date of Service)

PLACE: 5983 Hidden Lane
South Haven, MN 55382

DOCUMENTS: **Summons, Complaint, & Exhibits**

| SERVED ON (PRINT NAME) | MANNER OF SERVICE (Place and X in the applicable box) |
|---|---|
| JEFFERY ANDERSON | ☒ Personal in hand to the subject for service |
| | ☐ Personal in hand to a person of suitable age and discretion then and there residing at the usual abode of said subject |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| KATHLEEN M. LANGE | Process Server |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on: __10 / 12 /2006.__

_Kathleen M. Lange_
SIGNATURE OF SERVER

421 6th Avenue North
Sauk Rapids, MN 56379
ADDRESS OF SERVER

Re: 85008 STELLA

EXHIBIT A

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.

This proof consists of 1 page(s), this is page 1 of

330 Second Avenue South, Suite 150
Minneapolis, MN, 55401

www.metrolegal.com
(800) 488-8994

332 Minnesota Street, Suite N-105
Saint Paul, MN 55101



METRO LEGAL SERVICES

Metro Serial Number: BARSL12842140

# PROOF OF SERVICE

SERVED: **JD Investments**

DATE: 10 / 12 /2006      PLACE: 5983 Hidden Lane
(Date of Service)                        South Haven, MN 55382

DOCUMENTS: **Summons, Complaint, & Exhibits**

| SERVED ON (PRINT NAME & TITLE) | MANNER OF SERVICE |
|---|---|
| JEFFERY ANDERSON, PRESIDENT | Personal in hand to a(n) |
| | (Place and X in the applicable box) |
| | ☒ Officer |
| | ☐ Registered Agent |
| | ☐ Managing Agent, someone within the corporation whose management capacity is such that (s)he exercises independent judgment and discretion |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| KATHLEEN M. LANGE | Process Server |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on: 10 / 12 /2006.

_Kathleen M. Lange_
SIGNATURE OF SERVER

421 6th Avenue North
Sauk Rapids, MN 56379
ADDRESS OF SERVER

Re: 85008 STELLA

EXHIBIT B

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.

This proof consists of 1 page(s), this is page 1 of 1

330 Second Avenue South, Suite 150       www.metrolegal.com       332 Minnesota Street, Suite N-105
Minneapolis, MN, 55401                   (800) 488-8994            Saint Paul, MN 55101



METRO LEGAL SERVICES

Metro Serial Number: BARSL12843141

# PROOF OF SERVICE

**SERVED:** **Wildcat Investments**

**DATE:** 10 / 12 /2006   **PLACE:** 5983 Hidden Lane
(Date of Service)             South Haven, MN 55382

**DOCUMENTS:** **Summons, Complaint, & Exhibits**

| SERVED ON (PRINT NAME & TITLE) | MANNER OF SERVICE |
|---|---|
| JEFFERY ANDERSON, PRESIDENT | Personal in hand to a(n) (Place and X in the applicable box) |
| | ☒ Officer |
| | ☐ Registered Agent |
| | ☐ Managing Agent, someone within the corporation whose management capacity is such that (s)he exercises independent judgment and discretion |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| KATHLEEN M. LANGE | Process Server |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on: 10 / 12 /2006.

_Kathleen M. Lange_
SIGNATURE OF SERVER

421 6th Avenue North
Sauk Rapids, MN 56379
ADDRESS OF SERVER

Re: 85008 STELLA

**EXHIBIT C**

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.    This proof consists of 1 page(s), this is page 1 of 1

330 Second Avenue South, Suite 150       www.metrolegal.com       332 Minnesota Street, Suite N-105
Minneapolis, MN, 55401                   (800) 488-8994           Saint Paul, MN 55101