**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| WANDA STELLA, | Civil No. 06-3564 (JRT/FLN) |
| Plaintiff, | |
| v. | **ORDER** |
| JEFFERY ANDERSON, JD INVESTMENTS, and WILDCAT INVESTMENTS, | |
| Defendants. | |

---

Nicholas P. Slade, **BARRY & SLADE, LLC**, 2021 East Hennepin Avenue, Suite 195, Minneapolis, Minnesota 55413, for plaintiff.

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated March 16, 2007, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that judgment is entered against Jeffery Anderson, JD Investments and Wildcat Investments and in favor of Wanda Stella in the amount of $159,566.30.

DATED: April 9, 2007　　　　　　　　　　　　　　　s/John R. Tunheim
at Minneapolis, Minnesota.　　　　　　　　　　　　JOHN R. TUNHEIM
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge